UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:07-00177 |
| v. | ) | |
| | ) | 18 U.S.C. § 1361 |
| JOHN J. SONDAY | ) | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

In or about May 2003, in the Middle District of Tennessee and elsewhere, **JOHN J. SONDAY** d/b/a Accurate Energetic Systems did willfully injure and commit depredation, and did attempt to injure and commit depredation against property, that is, **JOHN J. SONDAY** d/b/a Accurate Energetic Systems did surreptitiously substitute and attempt to substitute certain materials with respect to the making of shoulder launched rocket weaponry, which had been and which was then being manufactured and constructed for the United States and a department and agency thereof, that is, the United States Navy.

In violation of Title 18, United States Code, Section 1361.

PAUL M. O'BRIEN
UNITED STATES ATTORNEY